UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:17-MJ-364-2 |
| | § | |
| AYNALEM TAFFA-JUSTIZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant is a citizen of Cuba and while she has status to live in the United States the status is temporary. Additionally, there is an immigration detainer which has been issued as to the defendant. While the defendant may be eligible for an immigration bond if bond is set in the instant criminal case, the defendant does not currently have a suitable release plan. The defendant's personal and contact information needs to be more thoroughly verified. Additionally, she currently lacks a suitable third party custodian, co-surety and someone willing to make a cash deposit. The findings and conclusions contained in the Pretrial Services Report are adopted. However, the defendant may move to re-open the detention hearing if defense counsel can present a suitable release plan.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 19th day of April, 2017.

_____
Jason B. Libby
United States Magistrate Judge